No. 575. KENTUCKY RURAL ELECTRIC COOPERATIVE CORP. *v.* MOLONEY ELECTRIC Co. C. A. 6th Cir. Certiorari denied. *Philip P. Ardery* for petitioner. *Squire R. Ogden* for respondent.

No. 576. UNION CARBIDE CORP. *v.* GRAVER TANK & MFG. Co., INC., ET AL.; and

No. 604. GRAVER TANK & MFG. Co., INC., ET AL. *v.* UNION CARBIDE CORP. C. A. 7th Cir. Certiorari denied. *John T. Cahill, James A. Fowler, Jr., Richard Russell Wolfe* and *George N. Beamer* for petitioner in No. 576 and respondent in No. 604. *Thomas V. Koykka, James R. Stewart, Casper W. Ooms, Dugald S. McDougall* and *Edward A. Haight* for respondents in No. 576 and petitioners in No. 604. Reported below: 282 F. 2d 653.

No. 585. BLUMENFIELD ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Thomas D. McBride, Michael von Moschzisker* and *Henry H. Bank* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 590. FULKS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Daniel G. Marshall* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 592. HATTEM *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Russell E. Parsons* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.